```
                    UNITED STATES DISTRICT COURT

                    MIDDLE DISTRICT OF LOUISIANA


GULFSTREAM PLASTICS, LTD.
                                        CIVIL ACTION
VERSUS
                                        NUMBER 07-968-FJP-DLD
T4 SPA CONCEPTS & DESIGNS,
L.L.C.
```

### ORDER

The undersigned hereby exercises his prerogative as a Senior Judge and declines to preside over this case.

Baton Rouge, Louisiana, January 8, 2008.

```
                                    _____
                                    FRANK J. POLOZOLA
                                    MIDDLE DISTRICT OF LOUISIANA
```

Doc#44981