UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

GULFSTREAM PLASTICS, LTD

VERSUS

T 4 SPA CONCEPTS AND DESIGNS,
LLC, ET AL.

CIVIL ACTION

NO. 07-968-JJB-DLD

**RULING ON MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

This matter is before the court on a Motion for Summary Judgment of Non-Infringement (doc. 28) by intervenor, Genieye Systems, Inc. Genieye asks the court to declare that its "GeniJet® spa" does not infringe upon U.S. Patent No. 7,111,334 (the "'334 Patent"). Gulfstream Plastics opposes this motion (doc. 33), and Genieye has filed a reply brief (doc. 35). Oral argument on this matter was held on May 22, 2008. Jurisdiction exists pursuant to 28 U.S.C. §1331.

This court finds that there are genuine issues of material fact with respect to the "snap recesses" in the '334 Patent device versus the "tab channels" found in the GeniJet® model. Additionally, the court in its discretion believes that it would be more judicially efficient to fully construe the disputed claims in the '334 Patent following a *Markman* hearing. Accordingly, the court will deny Genieye's Motion for Summary Judgment (doc. 28).

Baton Rouge, Louisiana, June 18th, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA